## 12057.  JONES *v.* NEWSOME.

STEPHENS, J.  1. The proprietor of a sawmill who contracts to saw tim-
ber and to furnish for that purpose a mill and a fireman at a stipulated
price per day, such price to cover the rent of the mill as well as his own
labor and the labor of the fireman, does not acquire, and can not fore-
close, a lien for the price thus contracted for, under sections 3357,
3334, and 3535 of the Civil Code (1910), providing for laborers' liens.
*Evans* v. *Beddingfield,* 106 *Ga.* 755 (32 S. E. 664).
2. In order for the proprietor of a sawmill to acquire a lien upon the
lumber sawed by his mill under a contract with the owner of the lum-
ber, after the lumber sawed has been surrendered to the owner thereof,
it is necessary for him to file and record his lien within ten days from
the time of the completion of the work.  Civil Code, (1910), §§ 3354,
3356.
3. It appearing from the affidavit of foreclosure in the instant case, as
amended, that the plaintiff was a sawmill proprietor, and counsel for
the plaintiff having admitted that the provisions of the Civil Code
(1910), §§ 3354, 3356, had not been complied with, and it also appear-
ing from the original affidavit of foreclosure as amended that the sum
sought to be recovered was the contract price, which included the labor
of the proprietor as well as the labor of an employee of the contractor
and the rent of the sawmill, and thus was not within the provisions of
the statute providing for the foreclosure of laborer's liens, the court did
not err upon motion of the defendant in dismissing the plaintiff's af-
fidavit of foreclosure as amended, since the amendment in substance
adopted the allegations in the counter-affidavit denying the existence
of a lien.     *Judgment affirmed.   Jenkins, P. J., and Hill, J., concur.*
                    DECIDED SEPTEMBER 27, 1921.

Lien foreclosure; from city court of Swainsboro — Judge Kirk-
land.  November 22, 1920.

- *Alfred Herrington Jr.,* for plaintiff.
- *A. G. Faircloth, J. C. Newsome,* for defendant.